MICHAEL SULLIVAN, Respondent, *v.* THE PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Sullivan* v. *Pennsylvania R. R. Co.*, 98 App. Div. 635, affirmed.
(Argued January 19, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Allen J. Hastings* for appellant.

*M. B. Jewell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.

---

MARY L. CHAMBERLAIN as Trustee of MAUD A. CUMING, Respondent, *v.* MARI A. CUMING, Appellant, Impleaded with Another.

*Chamberlain* v. *Cuming*, 99 App. Div. 561, affirmed.
(Argued January 24, 1906; decided February 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 22, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury.

*Edward L. Blackman* and *Alfred B. Cruikshank* for appellant.

*Joseph Fischer* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.